motion in this case was premature. Order affirmed, with ten dollars costs and disbursements. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

LOUISE A. PLATZ, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH SULLIVAN, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. BRIERTON, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, Appellant, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders affirmed, with ten dollars costs and disbursements in each instance. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

WILLIAM J. RAGUE, Appellant, v. NEW YORK EVENING JOURNAL PUBLISHING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

JAMES E. RICE, Respondent, v. ADA O'DONOHUE, as Executrix, etc., of JOHN B. O'DONOHUE, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HOWARD SUTPHIN, Respondent, v. GEORGE L. ADAMS, Appellant.— Judgment of the County Court of Queens county reversed, and new trial ordered, costs to abide the event, upon the ground that plaintiff failed to prove a contract under which defendant was to pay him one-half of the commission received by defendant, and also failed to prove a consideration for such a contract. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

ELIZABETH H. VALENTINE, Appellant, v. SAMUEL P. BLACKBURN and Another, Copartners, etc., Respondents.— Appeal dismissed on default, without costs. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

HARRY A. WERRES, an Infant, by AUGUST J. WERRES, His Guardian ad Litem, Respondent, v. RICHARD H. DAYS, Appellant.— Stay in the order to show cause vacated, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN H. BOLLMANN, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant.